BANNUM, INC., Plaintiff–Appellant

v.

UNITED STATES, Alston Wilkes Society, Inc., Defendants–Appellees.

No. 2015–5037.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2015.

Justin Huffman, Camardo Law Firm, P.C., Auburn, NY, argued for appellant. Also represented by Joseph A. Camardo, Jr.

James R. Sweet, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee United States. Also represented by Allison Kidd–Miller, Robert E. Kirschman, Jr., Benjamin C. Mizer.

James Lynn Werner, Parker, Poe, Adams & Bernstein, LLP, Columbia, SC, argued for appellee Alston Wilkes Society, Inc. Also represented by Lawrence Hershon.

PROST, Chief Judge, NEWMAN and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.